UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

C.D.W. SERVICES, LLC

VERSUS

THE UPPER ROOM BIBLE
CHURCH, INC., ET AL

CIVIL ACTION

23-332-SDD-SDJ

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated January 24, 2024, to which an *Objection*[3] and *Response*[4] were filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Motion to Remand (R. Doc. 12) filed by Plaintiff C.D.W. Services, LLC, is GRANTED and this matter is REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction. Defendants' request for attorney fees are DENIED.

Signed in Baton Rouge, Louisiana, on this 29 day of February, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 30.
[3] Rec. Doc. 31.
[4] Rec. Doc. 34.